JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, | Case No. CV 21-5488-GW-AFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| ASH HOP, INC., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE